UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANELL K. DUNCAN,<br><br>            Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, et al.,<br><br>            Defendants. | CASE NO. 3:23-cv-5659 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the record, and Plaintiff making no objections to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's case is dismissed without prejudice as duplicative.

The clerk is ordered to provide copies of this order to Plaintiff and to the Hon. David W. Christel.

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated October 25, 2023.

Marsha J. Pechman
United States Senior District Judge